IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DERRICK D. FIELDS
ADC #109114                                                             PLAINTIFF

v.                          No. 3:22-cv-188-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, North Central Unit
and DOES, Government Officials,
North Central Unit                                                      DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 4,* and overrules Fields's objections, *Doc. 5, 6 & 7.*\* FED. R. CIV. P. 72(b)(3). Fields says many things in his papers. And he has named some individuals connected with his library-access claim. But, taking everything together, he has still failed to state any plausible claim. So, his complaint will be dismissed without prejudice. His embedded request to appoint counsel, *Doc. 7 at 4,* is denied as moot. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this

---

\*Documents 5 & 6 also seem to relate to Fields's habeas case, No. 4:22-cv-871-KGB-JTK. The Court directs the Clerk to file them there, too. These papers do not appear to be related to Fields's third case, No. 4:22-cv-627-KGB.

-2-

Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2022