IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DERRICK D. FIELDS
ADC #109114                                                                PLAINTIFF

v.                          No. 3:22-cv-188-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, North Central Unit
and DOES, Government Officials,
North Central Unit                                                       DEFENDANTS

## JUDGMENT

Fields's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2022